RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 20 2015
JAMES N. HATTEN, Clerk
By: S Brannan
Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
CLERK OF COURT

DOCKETING SECTION
404-215-1655

July 10, 2015

Therese Barnes, Clerk of Court
Supreme Court of Georgia
244 Washington Street
Room 572, State Office Annex Building
Atlanta, Georgia  30034

    Re:  PNC Bank, National Association v. Smith, et al.
        USDC Case Number 1:14-cv-3368-ELR

Dear Ms. Barnes:

Enclosed is a certified copy of this court's July 9, 2015 order.  As directed by this order, enclosed is a certified copy of the entire Complaint and all exhibits.

Please acknowledge receipt on the enclosed on the enclosed copy of this letter.

                Sincerely,

                James N. Hatten
                District Court Executive
                and Clerk of Court

                By:  s/ Denza Bankhead
                       Deputy Clerk

Enclosures

JUL 13 2015